**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Preston DUNN, Jr., Defendant–
Appellant.**

No. 03–30281.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Sept. 29, 2003.

Michael J. Jefferson, US Attorney's Office, Baton Rouge, LA, for Plaintiff–Appellee.

Richard Mark Upton, Upton & Smith, Baton Rouge, LA, for Defendant–Appellant.

Before SMITH, DEMOSS and STEWART, Circuit Judges.

PER CURIAM.*

Preston Dunn, Jr., appeals his 48–month sentence for possessing a firearm in violation of a protective order in violation of 18 U.S.C. § 922(g)(8). Dunn argues that the district court clearly erred by increasing his offense level based on the court's finding that Dunn used the prohibited firearm in connection with an assault on his wife and that the court erroneously departed upward based on Dunn's prior unadjudicated criminal conduct. Dunn disputes the factual finding that the assault involved a firearm, but he does not suggest that the court computed his offense level incorrectly if the finding of a firearm is correct. The district court's factual finding that the assault involved a firearm is supported by the evidence. *United States v. Edwards,* 65 F.3d 430, 432 (5th Cir.1995). We find no error in the district court's decision to depart upward at sentencing based on the fact that Dunn's unadjudicated criminal history demonstrates a consistent pattern of incidents involving violence against women.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.